# IN THE SUPREME COURT OF THE STATE OF NEVADA

LORI IRISH,
Appellant,
vs.
JAMES H. GORMLEY,
Respondent.

No. 74248

**FILED**

NOV 15 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This pro se appeal was docketed in this court on October 18, 2017, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: Elizabeth A Brown

cc: Hon. Cynthia Dianne Steel, District Judge, Family Court Division
Lori Irish
Black & LoBello
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-39389